IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

PATRINA S. PRUITT                                                          PLAINTIFF

v.                              No: 2:20-cv-234-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                             DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 17*. FED R. CIV. P. 72(b) (1983 addition to advisory committee notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2022