IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

PATRINA S. PRUITT                                                    PLAINTIFF

v.                          No: 2:20-cv-234-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                       DEFENDANT

ORDER

The Government hasn't objected to Pruitt's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, *Doc. 20*, is therefore granted. The Court awards a reasonable attorney's fee of $2,481.95, payable directly to Pruitt. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Pruitt's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2022